IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
P.M. Sept. 15, 2010
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:10-CR-117 |
| | § | Crone-Giblin |
| MICHAEL DEWAYNE DOGGETT | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**Count One**     (Violation: 29 U.S.C. §501(c)
Embezzlement of Union Funds)

From in or about October, 2005, to in or about December 2009, in the Eastern District of Texas, **Michael Dewayne Doggett**, defendant, while employed as Secretary-Treasurer of United Brotherhood of Carpenters and Joiners of America, Local Union 502, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use, the moneys and funds of said labor organization in the approximate amount of $ 45,043, said funds being cash member dues diverted by the defendant for his personal use.

All in violation of 29 U.S.C. § 501(c).

**Count Two**     (Violation: 18 U.S.C. §664
Embezzlement of Union Training Funds)

From in or about October, 2005, to in or about December 2009, in the Eastern

District of Texas, **Michael Dewayne Doggett**, defendant, while employed as Secretary-Treasurer of United Brotherhood of Carpenters and Joiners of America, Local Union 502, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use, the moneys, funds, premiums, credits, property, and other assets of the Joint Apprenticeship Training Council (JATC), an employee welfare benefit plan of said labor organization subject to Title I of the Employee Retirement Income Security Act of 1974, in the approximate amount of $58,994, said funds being cash or cash equivalents taken from the JTAC bank account and personal expenses of the defendant paid from the JTAC bank account.

All in violation of 18 U.S.C. § 664.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ROBERT L. RAWLS
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:10-CR-117 |
| | § | |
| MICHAEL DEWAYNE DOGGETT | § | |

## NOTICE OF PENALTY

### Count One

Violation: 29 U.S.C. 501(c) (Embezzlement of Union Funds)

Penalty: Not more than five (5) years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. 664 (Embezzlement of Union Employee Benefit Funds)

Penalty: Not more than five (5) years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00